**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
LESALDO SHALTO, CASE NO.: 1:24-cv-06256-MMH

Plaintiff,
v.

BORA BORA STEINWAY INC., and
SPANOLIOS STEINWAY STREET, LLC,

Defendants.
-------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, LESALDO SHALTO and Defendant, BORA BORA STEINWAY INC., by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED: November 14, 2025

**THE MARKS LAW FIRM, PC**

By: *_/s/ Bradly G. Marks_*
Bradly G. Marks, Esq.
155 E. 55th Street, Suite 4H
New York, NY 10022
Ph: (646) 770-3775
Fax: (646) 770-2639
brad@markslawpc.com
*Attorneys for Plaintiff*

**LAW OFFICES OF NOLAN KLEIN, P.A.**

By: *_/s/ Nolan Klein_*
Nolan Klein, Esq.
(NK4223)
5550 Glades Road, Ste. 500
Boca Raton, FL 33431
Ph: (954) 745-0588
klein@nklegal.com
*Attorneys for Defendant,*
*Bora Bora Steinway, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **14th** day of **November,** 2025.

By: *_/s/ Nolan Klein_*
NOLAN KLEIN, ESQ.